IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA LEE BROWN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>Defendant. | : | No. 13-4775 |

## ORDER

WILLIAM DITTER JR., J.

AND NOW, this 1st day of October, 2014, upon consideration of the plaintiff's request for review, and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

/s/ William Ditter Jr.
WILLIAM DITTER, JR., J.
UNITED STATES DISTRICT JUDGE

10-2-14
Copy to J. Caracappa